# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MIGUEL MUNIZ,<br><br>          Petitioner,<br><br>  v.<br><br>BRYAN D. PHILLIPS, Warden,<br><br>          Respondent. | Case No. 2:23-cv-05421-SPG-BFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: March 28, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE